AO 442 (Rev. 01/09) Arrest Warrant

1746511

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:09CR00143-001WJ |
| Jose Luis Gamboa | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any Authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay
*(name of person to be arrested)* **Jose Luis Gamboa**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failed to successfully complete Diersen Charities Halfway House.

Date: 5/7/10

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

MATTHEW J. DYKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5/7/10, and the person was arrested on *(date)* 5/7/10
at *(city and state)* ALBUQUERQUE, NM.

Date: 5/7/10

*Arresting officer's signature*

Jim Burrell, SDUSM
*Printed name and title*